| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>March 19, 2025<br>Nathan Ochsner, Clerk |

In Re: Chenita Yvonne Jones

Debtor

Case No.: 25–30506

Chapter: 7

---

### ORDER OF DISMISSAL

Appropriate notice having been given that the case would be dismissed without further notice if the debtor failed to comply with the Deficiency Order issued in this case, and

The Clerk having informed the court that the debtor has failed to satisfy the deficiency, as set out in the docket entry for this order

**It is ORDERED that this case is DISMISSED.**

Signed and Entered on Docket: 3/19/25

Alfredo R Pérez
United States Bankruptcy Judge